IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:10-CV-00044-FL

| | |
|---|---|
| GREYSTONE BANK,<br><br>    Plaintiff,<br><br>v.<br><br>RETURN: UNITED FUND FOR THE EDUCATION OF RUSSIAN IMMIGRANT CHILDREN IN ISRAEL, INC. a corporation organized under the laws of the State of New York; MORRIS FUCHS, an individual, JOSEPH HOCH, an individual, AVIVA HOCH, an individual, and GEORGE RIEDER, an individual,<br><br>    Defendants. | ORDER STAYING PROCEEDINGS |

Pursuant to the discussions with the parties at telephonic scheduling on June 7, 2010, it is hereby ORDERED that all proceedings in this case are STAYED, and all pending deadlines are thereby extended, for a period of 14 days from June 7, 2010. During the stay period, the parties shall meet in person to conduct a settlement conference in an effort to resolve this matter. The meeting shall occur at a time and place agreed to by the parties. The individual Defendants shall attend in person, and each of the corporate parties shall be represented by a corporate officer having authority to conclude a settlement of the matter. The parties shall report back to the Court at the conclusion of the stay period, or sooner if the outcome of the settlement conference warrants.

So ordered, this 9th day of June, 2010.

Louise W. Flanagan,
Chief United States District Judge